IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>vs.<br><br>TERI ANNE BELL,<br><br>                               Defendant. | CR 24-17-M-DWM<br><br><br>ORDER |

Defendant Teri Anne Bell having filed an unopposed motion to extend the plea agreement filing deadline,

IT IS ORDERED the motion (Doc. 16) is GRANTED and deadlines are extended as follows:

- Plea agreement deadline:        May 29, 2024
- JERS deadline:        May 30, 2024
- Jury instructions and trial briefs deadline:        May 30, 2024

This schedule must be strictly adhered to by the parties. The April 3, 2024 Scheduling Order (Doc. 12) remains in full force and effect in all other respects.

DATED this 23rd day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court