IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-17-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| TERI ANNE BELL, | |
| Defendant. | |

Defendant Teri Anne Bell having filed a Motion to Change Plea on May 28, 2024,

IT IS ORDERED:

(1) The jury trial set for June 3, 2024, is VACATED.

(2) Defendant shall appear before this Court on **June 11, 2024, at 9:00 a.m.** at the Russell Smith Courthouse in Missoula, Montana, at which time the Court will consider her motion to change her plea of not guilty to a plea of guilty.

(3) The Clerk of this Court is ordered to deny all other motions pending in this matter as moot.

DATED this 28th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court