IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–17–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TERI ANNE BELL, | |
| Defendant. | |

Defendant Teri Anne Bell pled guilty on June 11, 2024, to committing wire fraud, in violation of 18 U.S.C. § 1334. (Doc. 22.) Sentencing is set for October 8, 2024. (*See* Doc. 23.) Pursuant to 18 U.S.C. § 3663A, the record reflects an undisputed restitution amount of $174,572.29. (*See* PSR, ¶ 76; Doc. 24 at 2, 7–8 (government sentencing memorandum).) Bell has already paid $140,000 directly to the victim, (Victim Impact Statement, at 3), which is undisputed by the Government, (Doc. 24 at 8). On September 20, 2024, Bell filed an Unopposed Motion for Pre-Sentencing Payment of Restitution, to pay the outstanding restitution amount of $34,572.29. (Doc. 24.)

IT IS ORDERED that:

1

(1) Defendant shall pay restitution in the total amount of $174,572.29 to the victim, Falkor Defense, as recommended in the final presentence report. *See* 18 U.S.C. § 3664(c)(1)(A).

(2) Defendant's motion to pay her remaining restitution obligation prior to sentencing (Doc. 24) is GRANTED. Defendant may submit a restitution payment to the Clerk, United States District Court, P.O. Box 8537, Missoula, Montana 59801, prior to sentencing in this matter. The Clerk is directed to promptly disburse any payment made pursuant to this Order to the payee identified in the attached Defendant Restitution Report.

(3) The Clerk shall credit Defendant's pre-sentencing payments towards the total restitution amount identified above. That amount will also be reflected in Defendant's Judgment following sentencing. If any restitution balance remains at the time of sentencing, a payment schedule will be set at that time.

(4) Defendant shall notify the Court and the Government of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution.

DATED this 30th day of September, 2024.

Donald W. Molloy, District Judge
United States District Court

2